```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 11040
   DAVID LEE NOVAK
                                               CHAPTER 13

                                               JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-3936


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/20/07 .

   2.  The case was dismissed without confirmation, 07/27/2007.

------------------------------------------------------------------------
CREDITOR NAME                CLASS        CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------

        Summary of disbursements:
------------------------------------------------------------------------
                     SECURED     PRIORITY   UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00         .00         .00         .00          .00
PRINCIPAL PAID           .00         .00         .00         .00          .00
INTEREST PAID            .00         .00         .00         .00          .00
TOTAL PAID               .00         .00         .00         .00          .00
The Debtor's attorney, PRO SE DEBTOR                    , was allowed $    .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




        Dated: 10/09/07            /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                      PAGE  2
CASE NO. 07 B 11040 DAVID LEE NOVAK
```